**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-6618**

---

MICHAEL T. MCFARLAND,

       Plaintiff - Appellant,

    v.

MAJOR JOHNNY BILLITER, a/k/a Johnny Billinger, f/k/a Johnny Billitner; CAPTAIN PATRICIA MCCOY; OFFICER WILLIAM LOONEY; MAJOR RICK ALSBROOK, f/k/a Rick Osbrooke; CRYSTAL LARGE, Nurse Practioner; L.P.N. MONIQUE YATES,

       Defendants - Appellees,

    and

DR. CHRISTOPHER COPLEY; SOUTHWEST VIRGINIA REGIONAL JAIL HAYSI FACILITY; SOUTHWEST VIRGINIA REGIONAL JAIL TAZEWELL; WEXFORD HEALTH SERVICES,

       Defendants.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Elizabeth K. Dillon, Chief District Judge.  (7:22-cv-00642-EKD-PMS)

---

Submitted:  June 12, 2025                    Decided:  June 16, 2025

---

Before HARRIS and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Michael T. McFarland, Appellant Pro Se. Brian James Brydges, JOHNSON AYERS & MATTHEWS, PLC, Roanoke, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael T. McFarland seeks to appeal the district court's order granting summary judgment to some, but not all, of the Defendants named in his amended 42 U.S.C. § 1983 complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order McFarland seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*
